# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

DEBRA COOK
(513) 564-7043
www.ca6.uscourts.gov

Filed: October 2, 2003

Kenneth J. Murphy
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 326 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

RE: 03-3508
Rawlins vs. Dewitt
District Court No. 00-00377

Dear Clerk:

Enclosed please find:

The CERTIFIED RECORD RETURNED to lower court at the end of appellate proceedings. [03-3508] . Volumes included: 3 Pl;

.

Please acknowledge receipt of the certified record on the attached copy of this letter and return it to this office.

Name and Title of Authorized Agent for
the District Court or Government Agency

Very truly yours,
Leonard Green, Clerk

Deb Cook
Records Management Deputy